FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-3280

_____

DAVID PAYNE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

November 19, 2018

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

B.L. THOMAS, C.J., and ROBERTS and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David Payne, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.